**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**at Harrisburg**

| | | |
|---|---|---|
| **CHARLES BRESLIN, et al.,** | : | **CIVIL ACTION** |
| **Plaintiffs** | : | |
| | : | |
| vs. | : | NO. 1:09-cv-1396 |
| | : | |
| **DICKINSON TOWNSHIP,** | : | |
| **Defendant** | : | |

## O R D E R

**AND NOW,** this 28th day of November, 2016, upon consideration of the plaintiffs' motion for reconsideration (Document #324), and the defendant's response thereto (Document #325), IT IS HEREBY ORDERED that the motion is DENIED as untimely.

IT IS FURTHER ORDERED that the defendant's request for sanctions against the plaintiffs is DENIED.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.