# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES BRESLIN, et al.,** | : | **CIVIL ACTION** |
| **Plaintiffs** | : | |
| | : | |
| **vs.** | : | **NO. 1:09-cv-1396** |
| | : | |
| **RAYMOND JONES,** | : | |
| **Defendant** | : | |

## O R D E R

**AND NOW,** this   28th   day of November, 2016, upon consideration of Defendant Jones' motion for reconsideration (Document #315), the plaintiffs' response thereto (Document #317), and Mr. Jones' reply (Document #318), IT IS HEREBY ORDERED that the motion is GRANTED.

Upon reconsideration, I find that only the First Amendment claims brought by Plaintiff Phillip Thompson remain in this action.

                                         BY THE COURT:

                                         /s/ Lawrence F. Stengel
                                         LAWRENCE F. STENGEL, J.